**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BIG SAV, a business of unknown form; JAMES D. FARISS, an individual; MARJORY E. FARISS, an individual; DONALD E. FARISS, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 21-2980-GW-MAAx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1
[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Glenoak Discount, Inc. dba Big Sav, James D. Fariss, Marjory E. Fariss, and Donald E. Fariss ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: September 23, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE